UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-603-MOC

| ANDRE ALEXANDER BLAKE, | ) |  |
|---|---|---|
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| KILOLO KIJAKAZI, | ) |  |
| Acting Commissioner of | ) |  |
| Social Security, | ) |  |
| **Defendant.** | ) |  |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees. (Doc. No. 20). Defendant has consented to the motion. The Court finds that the requested amount is reasonable.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant shall pay Plaintiff $7,000.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act. Additionally, Plaintiff shall be paid $402.00 in costs plus $22.59 for expenses for service of process by certified mail from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

Signed: September 26, 2023

Max O. Cogburn Jr.
United States District Judge